TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov
*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LADAH LAW FIRM, PLLC,<br><br>Plaintiff,<br><br>v.<br><br>DONNA NORDSTROM; NEVADA MEDICAL LIENS, LTD, a domestic Limited Liability Company obo Pueblo Medical Imaging and Surgical Arts Center; GARBER, KAPLAN, DOUDS, PLLC, a Nevada Professional Limited Liability Company dba Las Vegas Neurosurgical Institute; SUCHDE VENTURES LLC, a domestic Limited Liability company dba Omega Liens obo Jackson Physical Therapy; LAS VEGAS PHARMACY, INC., a domestic Corporation; ANDREW HALL, M.D., PLLC, a domestic Professional LLC dba Relevium Pain Specialists; COLONI.AL PENN LIFE INSI.JRANCE COMPANY, a Pennsylvania Corporation obo 6 Degrees Health, Asset Protection Unit, and Bankers Life; MEDICARE; PAYLATER, LLC a domestic Limited Liability Company dba Lien Professionals and/or Aeva Specialty Pharmacy; DOES I-X; ROES I-X,<br><br>Defendants. | Case No. 2:26-cv-00924-MDC<br><br>**Statement of Removal** |

Pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, the United States of America, for itself and on behalf of Medicare ("Federal Defendant"), removed the underlying state court case to the United States District Court for the District of Nevada. (ECF No. 1). In accordance

with the Court's Order (ECF No. 4), the Federal Defendants submit this Statement Regarding Removal.

**1. Date on which Complaint was served.**

The Federal Defendant was served with a copy of the complaint on February 24, 2026.

**2. Date on which Summons was served.**

The Federal Defendant was served with a copy of the summons on February 24, 2026.

**3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of defendant's evidence of the amount of controversy.**

Not applicable. The United States, on behalf of the Federal Defendant, did not remove this case based on diversity jurisdiction.

**4. If your notice of removal was filed more than 30 days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date of you first received a paper identifying the basis for removal.**

Not applicable. The United States, on behalf of the Federal Defendant, filed a notice of removal on March 26, 2026, which is 30 days after it received a copy of the state court complaint.

**5. In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.**

Not applicable. The state court action was filed February 17, 2026, less than one year before the date of removal.

**6. The name of any defendant known to have been served before filing the notice of removal who did not formerly join in the notice of removal and the reasons they did not.**

The Plaintiff is engaged in efforts to satisfy the Federal Defendant's lien, and the Plaintiff and Federal Defendant will apprise the Court of when such payment is received and when the lien is released.

Respectfully submitted this 10th day of April 2026.

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Marilyn E. Gartley*
MARILYN E. GARTLEY
Assistant United States Attorney

**Certificate of Service**

I, Liam Pisan, hereby certify that on April 10, 2026, I electronically filed and served the foregoing **Statement of Removal** by e-mail on the below named parties:

RAMZY P. LADAH, ESQ.
LADAH LAW FIRM
litigation@ladahlaw.com
*Attorneys for Plaintiffs*

JOHN C. COURTNEY, ESQ.
ANDREW P. DUNNING, ESQ.
LBC LAW GROUP
Info@LBCLawgroup.com
*Attorneys for Defendant Andrew Hall, M.D., PLLC*

KENNETH E. HOGAN, ESQ.
ken@h2legal.com
*Attorney for Defendant Nevada Medical Liens, Ltd.*

NIKKI FRYE (Subrogation)
replysubro@apuinc.com
*Representative for Defendant Colonial Penn Life Ins. Co.*

SHANNON FAGIN
sfagin@bckltd.com
*Representative for Defendant Garber, Kaplan, Douds, PLLC*

RAHUL SUCHDE
admin@omegaliens.com
*Representative for Defendant Suchde Ventures LLC*

*/s/ Liam Pisan*
LIAM PISAN
Paralegal Specialist
United States Attorney's Office