RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
LADAH LAW FIRM
517 S. Third Street
Las Vegas, NV 89101
T: 702.252.0055
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LADAH LAW FIRM, PLLC,<br><br>            Plaintiff,<br><br>v.<br><br>DONNA NORDSTROM; NEVADA MEDICAL LIENS, LTD, a domestic Limited Liability Company obo Pueblo Medical Imaging and Surgical Arts Center; GARBER, KAPLAN, DOUDS, PLLC, a Nevada Professional Limited Liability Company dba Las Vegas Neurosurgical Institute; SUCHDE VENTURES LLC, a domestic Limited Liability company dba Omega Liens obo Jackson Physical Therapy; LAS VEGAS PHARMACY, INC., a domestic Corporation; ANDREW HALL, M.D., PLLC, a domestic Professional LLC dba  Relevium Pain Specialists; COLONIAL PENN LIFE INSURANCE COMPANY, a Pennsylvania Corporation obo 6 Degrees Health, Asset Protection Unit, and Bankers Life; MEDICARE; PAYLATER, LLC a domestic Limited Liability Company dba Lien Professionals and/or Aeva Specialty Pharmacy; DOES I-X; ROES I-X,<br><br>            Defendants. | CASE NO.  2:26-cv-00924<br><br>**STIPULATION AND ORDER FOR REMAND TO STATE COURT AND DISMISSAL OF MEDICARE** |

Plaintiff, by and through its undersigned counsel, and Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that payment in full has been made to Medicare, as evidenced in Exhibit 1, and therefore, Medicare shall be dismissed without prejudice from this action.

IT IS FURTHER STIPULATED AND AGREED that this matter shall be remanded back to State Court, under Eighth Judicial District Court case number A-26-939704-C.

DATED this __ day of May 2026.

LADAH LAW FIRM

_/s/ Ramzy P. Ladah_
RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101
_Attorney for Plaintiff_

LBC LAW GROUP

_/s/ Andrew P Dunning_
_____
Andrew P. Dunning, Esq.
Nevada Bar No.  13864
723 South 7th St.
Las Vegas, NV 89101
Attorneys for Defendant
Andrew Hall, M.D., PLLC
dba Relevium Pain Specialists

U.S. ATTORNEY'S OFFICE

_/s/ Nathan Claus_
Nathan Claus, Esq., Asst. U.S. Attorney
Nevada Bar No.  15889
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101
Attorneys for MEDICARE

## ORDER

This matter having been stipulated to by the parties, through their respective counsel, and the Court being otherwise duly advised;

IT IS HEREBY ORDERED that Medicare shall be dismissed without prejudice from this action.

IT IS FURTHER ORDERED that this matter shall be remanded back to State Court, under Eighth Judicial District Court case number A-26-939704-C

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
6-12-26

/ / /

/ / /

2